157 A.3d 859

IN THE MATTER OF THE REVOCATION OF THE CERTIFICATE
OF QUINCEY HOLLOWAY BY THE STATE BOARD OF
EXAMINERS. (QUINCEY HOLLOWAY—PETITIONER)

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000366–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 859

PAUL HENNIGAN, PLAINTIFF-PETITIONER, v. MERCK
& CO., INC., DEFENDANT-RESPONDENT.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005866–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.